RAYEX CORPORATION et al., Respondents, v. MAX SANCHEZ, Individually and as President of Local 1614, I. B. E. W., AFL-CIO, et al., Appellants.— In an action to enjoin picketing and similar union activities, the appeal is from an order granting a motion for an injunction to enjoin the appellants *pendente lite*. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.